United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-11194
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS L. CASEY,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:02-CR-138-1-D
---------------------

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Carlos L. Casey appeals following his guilty-plea conviction
for being a felon in possession of a firearm, a violation of 18
U.S.C. § 922(g)(1), and his sentence of 100 months in prison and
a three-year term of supervised release.  Casey argues that the
district court clearly erred by finding that he knowingly
possessed the crack cocaine that officers found in the car that
he was driving and by overruling his objection to the presentence
report.  Casey has not shown that the district court's findings

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

on this issue are "not plausible in light of the record taken as a whole." United States v. Alaniz-Alaniz, 38 F.3d 788, 790 n.3 (5th Cir. 1994). He thus has not shown that the district court clearly erred. Because Casey has shown no error in the judgment of the district court, that judgment is AFFIRMED.